ACCEPTED
01-15-00617-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 2:11:18 PM
CHRISTOPHER PRINE
CLERK



**DNRBHZ**

Denton Navarro Rocha Bernal Hyde & Zech, P.C.

attorneys & counselors at law • rampagelaw.com

San Antonio | Austin | Rio Grande Valley

2500 W. William Cannon, Suite 609, Austin, Texas 78745-5320
V 512-279-6431 | F 512-279-6438

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 2:11:18 PM
CHRISTOPHER A. PRINE
Clerk

July 24, 2015

Mr. Duane C. Gilmore            **Via Electronic Notification**
Harris County District Clerk
Civil-Family Post Trial Department
201 Caroline, Suite 250
P.O. Box 4651
Houston, Texas 77210

Re:     *Bob Deuell* v. *Texas Right to Life Committee, Inc.*
        (Cause No. 2014-32179 in the 152nd Judicial District Court of Harris County, Texas)

Dear Mr. Gilmore:

        Pursuant to Rule 34 of the Texas Rules of Appellate Procedure, our office is requesting that you prepare, certify and file with the First Court of Appeals the Clerk's Record with the following pleadings and any and all exhibits attached thereto:

1. Plaintiff's Original Petition, filed on  June 5, 2014;
2. Defendant's Original Answer, filed on August 11, 2014;
3. Defendant's Motion to Dismiss, filed on September 5, 2014;
4. [Plaintiff's] Motion for Limited Discovery, filed on September 11, 2014;
5. Notice of Hearing on Defendant's Motion to Dismiss, filed on September 11, 2014;
6. [Defendant's] Certificate of Conference on Plaintiff's Motion for Limited Discovery, filed on September 11, 2014;
7. Notice of Hearing [on Plaintiff's Motion for Limited Discovery], filed on September 11, 2014;
8. [Plaintiff's] Motion for Continuance, filed on September 11, 2014;
9. Plaintiff's First Amended Petition, filed on September 24, 2014;
10. Plaintiff's Response to Defendant's Chapter 27 Motion to Dismiss; filed on September 24, 2014;
11. Affidavit of James J. Graham, filed on September 24, 2014
12. Defendant's Notice of Removal, filed on September 25, 2014;
13. Defendant's Notice of Federal Pleadings, filed on January 7, 2015;
14. Defendant's Notice of Interlocutory Appeal, filed on January 7, 2015;
15. Advisory to the Court, filed on January 23, 2015;
16. Notice of Resetting of Hearing on Defendant's Motion to Dismiss, filed on February 26, 2015
17. Notice of Resetting of Hearing on Defendant's Motion to Dismiss, filed on May 18, 2015;
18. Order (denying Defendant's Motion to Dismiss), filed on July 1, 2015; and

---

*Serving all of Texas from our San Antonio, Austin and Rio Grande Valley offices*

19. Defendant's Notice of Interlocutory Appeal, filed on July 13, 2015.

Please contact our office as to the cost for the aforementioned pleadings and our office will submit payment to you immediately.

Should you have any questions or concerns, please contact our office at (512) 279-6431.

Very truly yours,

Denton Navarro Rocha Bernal Hyde & Zech, P.C.
attorneys & counselors at law • rampagelaw.com

GEORGE E. HYDE
SCOTT M. TSCHIRHART

GEH/SMT/ha

cc:   Christopher A. Prine               Electronic Notification
     Clerk of the Court
     First Court of Appeals
     301 Fannin Street
     Houston, Texas 77002-2066

     James E. "Trey" Trainor, III         Electronic Notification
     BEIRNE, MAYNARD & PARSON, L.L.P.
     401 W. 15th Street, Suite 845
     Austin, TX 78701

     Joseph M. Nixon                  Electronic Notification
     N. Terry Adams
     BEIRNE, MAYNARD & PARSON, L.L.P.
     1300 Post Oak Blvd., 25th Floor
     Houston, TX 77056-3000